# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10029
_____

RICARDO DEVENGOECHEA,

        *Plaintiff-Appellee,*

*versus*

BOLIVARIAN REPUBLIC OF VENEZUELA,
  a foreign state,

        *Defendant-Appellant.*

_____

Appeals from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:12-cv-23743-PCH
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 1, 2025

For the Court: DAVID J. SMITH, Clerk of Court